United States Bankruptcy Court
Northern District of Iowa

Hanrahan,
    Plaintiff                                                       Adv. Proc. No. 18-09037-TJC

Warthan,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0862-2      User: admin      Page 1 of 1      Date Rcvd: Mar 28, 2019
                          Form ID: pdf902      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2019.
             +Bradley R. Kruse,    699 Walnut St., Ste. 1600,    Des Moines, IA 50309-3944
dft           Douglas D. Warthan,    12350 Barony Dr,    Dubuque, IA 52001-9636

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2019 at the address(es) listed below:
              Eric W. Lam    on behalf of Plaintiff Renee K. Hanrahan ELam@simmonsperrine.com, tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com
              United States Trustee    USTPRegion12.CR.ECF@usdoj.gov
                                                                       TOTAL: 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>DOUGLAS D. WARTHAN,<br><br>      Debtor. | Chapter 7 Bankruptcy<br>Case No. 18-01475 |
| RENEE HANRAHAN, in her sole capacity as Trustee,<br><br>      Plaintiff,<br><br>vs.<br><br>DOUGLAS D. WARTHAN; BIRDNOW CASCADE CHEVROLET, INC.; MARK D. BIRDNOW; and CASCADE CHEVROLET, LLC,<br><br>      Defendants. | Adversary Case No. 18-09037<br><br>**CONSENT DECREE/JUDGMENT**<br>**(AS TO DEFENDANT DOUG WARTHAN)** |

      Pursuant to consent and stipulation, and without any finding as to any allegation contained in Plaintiff's Complaint, and without prejudice to any and all claim, right, title, interest, or lien that may be asserted and proven by the other Defendants in this Adversary, the Court hereby decrees the Plaintiff Trustee's right, title, and interest in the $213,585.54 involved in this Adversary are superior to the Defendant/Debtor Doug Warthan's claim to such funds, except to the extent of any of the Defendant/Debtor's applicable and available exemptions pursuant to Iowa Code Sections 627.6 (10) and (14).

      DATED AND ENTERED:   March 28, 2019  .

*/s/ Thad J. Collins*

Thad J. Collins, Chief Bankruptcy Judge
U.S. Bankruptcy Court, Northern District of Iowa

*ORDER PREPARED BY:*
Eric W. Lam, AT0004416
Attorney for Trustee

*SO CONSENTED:*

/s/ B Kruse by email permission
Attorney for Doug Warthan

RHTE Warthan/Pldgs/Adv 18-09037 Birdnow – Drafts/Birdnow - Consent Decree-Judgment re Doug Warthan.032719.542p.ewl